RECEIVED
JUL 29 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DANIAL L. LAFLEUR | : | CIVIL ACTION NO. 2:16-cv-134 SECTION P |
| VERSUS | : | JUDGE TRIMBLE |
| DAVID SANDIFERS, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct.

Accordingly,

**IT IS ORDERED** that the petitioner's civil rights complaint be **DISMISSED** in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

Lake Charles, Louisiana, this 29th day of July, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE